FILED
CLERK, U.S. DISTRICT COURT
MAR - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

03-786

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| ) | HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | Allegations of Violations of Probation |
| ) | Supervised Release) |
| Robert Savage ) | Conditions of Release) |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: *he can abide by court order*

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: *he can abide by court orders*

IT IS ORDERED that defendant be detained.

DATED: 3/6/08

                                STEPHEN J. HILLMAN
                        UNITED STATES MAGISTRATE JUDGE